# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| MARS, INC. | § | |
| | § | |
| V. | § | CIVIL NO. 6:13CV526 |
| | § | |
| TRURX LLC, et al | § | |

MINUTES FOR JURY SELECTION AND FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 2, 2016

OPEN: 9:09 am                                                                 ADJOURN: 5:48 pm

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Wesley Hill, Dominick Conde, Bill Solander, and Jennifer Hall |
| ATTORNEY FOR DEFENDANTS: | John Keville, Rob Mooney (in house), and Erin Villasenor |
| LAW CLERK: | Elizabeth Chiaviello |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Brenda Smith |

| | |
|---|---|
| 9:00 am | In chambers conference |
| 9:09 am | Case called; parties announced ready; Court welcomes parties and jury panel; introduces self and staff; gives brief history of jury service; gives brief summary of case and explains what will happen during this week; |
| 9:23 am | Members of the jury panel introduce themselves |
| 9:36 am | Mr. Wesley Hill introduces himself and other counsel representing plaintiff; identifies witnesses to be called |
| 9:38 am | Court questions panel regarding knowledge of any people named by Mr. Hill |
| 9:39 am | Mr. John Keville introduces himself and other counsel representing defendant; identifies witnesses to be called |

| | |
|---|---|
| 9:40 am | Court questions panel regarding knowledge of any people named by Mr. Keville |
| 9:40 am | Court questions panel if any member has ever served on a jury; #1, #13, #17, #22, #23; Court questions panel if any member or family member, etc. has ever been involved in a case; #5, #1, #12, #13, #16 (approached), #24, #25; explains burden of proof |
| 9:59 am | Mr. Hill begins voir dire |
| 10:30 am | Mr. Keville begins voir dire |
| 10:59 am | Bench conference |
| 11:02 am | #2 and #15 to stay in courtroom; remaining panel excused for break |
| 11:04 am | Bench conference |
| 11:18 am | Recess |
| 11:44 am | Jury selected and seated; remaining members dismissed. |
| 11:48 am | Panel sworn in; Court gives brief preliminary instructions |
| 11:53 am | Recess |
| 12:49 pm | Mr. Keville addresses the Court regarding demonstratives that are objected to (slides 14 and 17) |
| 12:51 pm | Mr. Conde responds; Court responds; Mr. Keville responds to the objection regarding slide 17 |
| 12:54 pm | Mr. Keville responds; Court responds - slide is misleading - to be removed |
| 12:55 pm | Court overrules objection to slide 14; grants objection to slide 17 |
| 12:58 pm | Jury seated; Court gives schedule for the week; preliminary instructions |
| 1:28 pm | Rule is invoked |
| 1:30 pm | Mr. Dominick Conde presents opening statement for Plaintiffs |
| 1:58 pm | Mr. Keville presents opening statement for Defendants |
| 2:06 pm | Objection by Mr. Conde; bench conference |
| 2:08 pm | Mr. Keville continues with opening statement |

| | |
|---|---|
| 2:32 pm | Objection by Mr. Conde; bench conference |
| 2:34 pm | Mr. Keville concludes opening |
| 2:35 pm | Witnesses present sworn in; Court gives direction to witnesses |
| 2:37 pm | Jury out |
| 2:38 pm | Recess |
| 2:53 pm | Jury seated |
| 2:54 pm | Mr. Conde begins direct examination of Dr. Daniel Baker |
| 3:00 pm | Plaintiff's Exhibit #258 |
| 3:08 pm | Plaintiff's Exhibit #262 |
| 3:26 pm | Plaintiff's Exhibit #264 |
| 3:30 pm | Plaintiff's Exhibit #263 |
| 3:33 pm | Plaintiff's Exhibit #259 |
| 3:35 pm | Plaintiff's Exhibit #260 |
| 3:38 pm | Plaintiff's Exhibit #1 |
| 3:47 pm | Mr. Keville objects - leading; sustained |
| 3:49 pm | Defendant's Exhibit #288 |
| 3:51 pm | Mr. Keville begins cross-examination of Dr. Baker |
| 3:54 pm | Defendant's Exhibit #144 |
| 3:57 pm | Defendant's Exhibit #94 |
| 3:58 pm | Defendant's Exhibit #97 |
| 4:07 pm | Defendant's Exhibit #200 |
| 4:13 pm | Defendant's Exhibit #167 |
| 4:22 pm | Mr. Conde objects; bench conference |

| | |
|---|---|
| 4:28 pm | Mr. Keville continues with cross |
| 4:40 pm | Defendant's Exhibit #5 |
| 4:43 pm | Mr. Conde objects; bench conference |
| 4:44 pm | Mr. Keville continues with cross |
| 4:44 pm | Defendant's Exhibit #147 |
| 4:44 pm | Mr. Conde objects; Court directs Mr. Keville to rephrase the question |
| 4:48 pm | Defendant's Exhibit #111 |
| 4:51 pm | Defendant's Exhibit #106 |
| 4:55 pm | Defendant's Exhibit #99 |
| 4:57 pm | Mr. Conde objects; Mr. Keville responds; Mr. Conde responds; Court will give a little bit of leeway - lay a foundation |
| 4:58 pm | Mr. Conde objects; Mr. Keville responds; Court - lay a foundation |
| 4:59 pm | Mr. Conde objects; overruled |
| 5:02 pm | Defendant's Exhibit #188 |
| 5:04 pm | Defendant's Exhibit #134 |
| 5:14 pm | Mr. Conde objects; sustained |
| 5:15 pm | Defendant's Exhibit 357 |
| 5:16 pm | Defendant's Exhibit 341 |
| 5:23 pm | Mr. Conde objects; Court asks Mr. Keville to lay a foundation |
| 5:24 pm | Mr. Conde begins re-direct |
| 5:26 pm | Mr. Keville objects; sustained |
| 5:27 pm | Mr. Keville objects; sustained |
| 5:28 pm | Mr.Keville begins re-cross |
| 5:31 pm | Questions submitted from jury; bench conference |

| | |
|---|---|
| 5:33 pm | Court asks Dr. Baker the questions from the jury |
| 5:39 pm | Jury excused |
| 5:39 pm | Court will take up the issue of the report of Dr. Britven in the morning |
| 5:40 pm | Mr. Hill advises the Court about the implication of the French Buster product |
| 5:44 pm | Mr. Keville responds |
| 5:47 pm | Mr. Hill responds |
| 5:47 pm | Court advises Mr. Hill to get something written and on file by 9:00 pm; defendant's to respond by 7:00 am tomorrow |
| 5:48 pm | Recess |